IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>KATIE MILLER,<br><br>          Defendant. | **4:17MJ3017**<br><br><br>**ORDER** |

IT IS ORDERED:

1)      A Violation of Supervised Release hearing will be held at 1:30 p.m. on March 2, 2017 before Senior District Judge Robert W. Pratt, United States Courthouse and Federal Building, 8 South 6th Street, Council Bluffs, Iowa.

2)      Defendant, defense counsel, and counsel for the government shall attend.

February 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge